# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00397-CV

**One Thousand Nine Hundred Sixty-Five Dollars in U.S. Currency, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 391ST JUDICIAL DISTRICT NO. D-13-0197-C, HONORABLE THOMAS J. GOSSETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment in a civil forfeiture proceeding. Appellant Jason Whitlock, an inmate proceeding pro se, has filed a motion to dismiss his appeal. We grant the motion and dismiss the appeal.[1]

_____

Bob Pemberton, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed on Appellant's Motion

Filed: October 2, 2015

---

[1] *See* Tex. R. App. P. 42.1(a)(1).